UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**04 CR 10395 DPW**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | VIOLATIONS: |
| v. | ) | 18 U.S.C. § 111(a) |
| | ) | Assault of a Federal Officer |
| ANTONIO LOURA | ) | |

## INDICTMENT

COUNT ONE:    (18 U.S.C. § 111(a) - Assault on a Federal Officer)

The Grand Jury charges that:

On or about September 1, 2004, at Taunton, in the District of Massachusetts,

ANTONIO LOURA,

defendant herein, did, using a deadly and dangerous weapon, to wit, a knife, forcibly assault, impede, and interfere with an officer and employee of an agency in a branch of the United States Government engaged in and on account of the performance of official duties.

All in violation of Title 18, United States Code, Section 111(a).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*
JOHN A. CAPIN
Assistant United States Attorneys


DISTRICT OF MASSACHUSETTS                December 22, 2004


Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk
12/22/04
3:10

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**    04 CR 10395 DPW    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. **II**    Investigating Agency **HUD OIG**

City **Taunton**

County **Bristol**

**Related Case Information:**
- Superseding Ind./ Inf. ____   Case No. ____
- Same Defendant ____   New Defendant **x**
- Magistrate Judge Case Number ____
- Search Warrant Case Number ____
- R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name **Antonio Loura**    Juvenile ☐ Yes ☐ No

Alias Name ____

Address **56 Avalon Drive, Taunton, MA**

Birth date (Year only): **1950**   SSN (last 4 #): ____   Sex **M**   Race: ____   Nationality: **USA**

**Defense Counsel if known:** ____    **Address:** ____

**Bar Number:** ____

**U.S. Attorney Information:**

AUSA **John A. Capin**    Bar Number if applicable **557277**

Interpreter: ☐ Yes ☒ No    List language and/or dialect: ____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** ____

☐ Already in Federal Custody as ____ in ____
☐ Already in State Custody ____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by ____ on ____

Charging Document: ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts: ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **12/22/04**    Signature of AUSA: _/s/_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant      Antonio Loura

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §111(a) | Assault of a Federal Officer | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**