# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                            CRIMINAL NO. 2004-10395-DPW

ANTONIO LOURA,
       Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

12/22/2004 - Indictment returned.

1/10/2005 - Initial Appearance

1/14/2005 - Arraignment

1/15 - 2/12/2005 - Excluded as per L.R. 112.2(A)(2)

2/16/2005 - Conference held.

1/17 - 3/9/2005 -    Continuance granted so that the defendant's counsel can attempt to reach a plea agreement with the United States Attorney, I find that the ends of justice served by granting the

       continuance outweigh the interest of the public and the defendants in a speedy trial. - Excluded as per 18 U.S.C.§ 3161(h)(1)(F).

Thus, as of March 9, 2005, SIX (6) non-excludable days will have occurred leaving SIXTY-FOUR (64) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

February 16, 2005.