UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                        CRIMINAL NO.
                                            04-10395-DPW

ANTONIO LOURA
       Defendant

**ORDER AND NOTICE OF SCHEDULING TIME OF RULE 11 HEARING**

WOODLOCK, District Judge

Take notice that the above-entitled case has been scheduled for a Rule 11 hearing at **10:00 A.M. ON MARCH 31, 2005**, in Courtroom #1 on the 3RD floor, before the Honorable Douglas P. Woodlock.

The parties are advised that the Court will not accept a plea agreement which requires the defendant to waive his/her appeal rights. The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the Court's entry of a guilty plea. It is ORDERED that **a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea,** shall be submitted to the Court **by no later than 12:00 Noon the day before the scheduled Rule 11 hearing**.

                                                BY THE COURT,
                                                /s/ Michelle Rynne
                                                Deputy Clerk

DATE: March 23, 2005