UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10395-DPW |
| | ) | |
| ANTONIO LOURA | ) | |
| | ) | |

SUPERSEDING INFORMATION
COUNT ONE
(18 U.S.C. 111(a))
(Assault on a Federal Officer)

The United States Attorney charges that:

On or about September 1, 2004, at Taunton, in the District of Massachusetts,

ANTONIO LOURA,

defendant herein, did forcibly assault, impede, and interfere with an officer and employee of an agency in a branch of the United States Government engaged in and on account of the performance of official duties. The United States Attorney further states that such conduct constituted simple assault.

All in violation of Title 18, United States Code, Section 111(a).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
John A. Capin
Assistant U.S. Attorney

◥JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

Place of Offense: _____   Category No. II   Investigating Agency  HUD OIG

City  Taunton _____   Related Case Information:

County  Bristol _____
Superseding Ind./ Inf.  X _____   Case No.  04-10395-DPW
Same Defendant  X _____   New _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Antonio Loura _____   Juvenile   ☐ Yes   ☐ No

Alias Name _____

Address _____

Birth date (Year only): 1950   SSN (last 4 #): ____   Sex  M   Race: ____   Nationality: USA

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  John A. Capin _____   Bar Number if applicable  557277

Interpreter:   ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☒ SUPERSEDING Information   ☐ Indictment

Total # of Counts:   ☐ Petty _____   ☒ Misdemeanor  1 _____   ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: March 29, 2005      Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    Antonio Loura

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §111(a) | Assault of a Federal Officer | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:**